DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEFFERY OSBORNE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-1038

[July 30, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Edward Nutt, Judge; L.T. Case No. 501997CF002938AXXXMB.

Jeffery Osborne, South Bay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and SHAW, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***